Signed and Filed: February 13, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 19-30768 HLB |
| GHOLAMALI HERISCHIAN-HERIS, | ) Chapter 13 |
| Debtor(s). | ) |

**ORDER RE TRUSTEE'S MOTION TO DISMISS**

On January 13, 2020, the Trustee filed a motion to dismiss the above-captioned Chapter 13 case for lack of prosecution (Dkt. 42; the "Motion"). Debtor has opposed the Motion (Dkt. 44).

The Motion asserts that Debtor did not prosecute this case because the Trustee requested certain actions be taken, and Debtor failed to act on these requests. Debtor does not dispute the Trustee's arguments and requests additional time to address them.[1]

Accordingly, the court hereby **ORDERS** that Debtor shall perform the following on or before **March 4, 2020**:

- **Provide the Trustee with documentation verifying the value of real property on schedule A/B;**

---
[1] Debtor's counsel states that he has amended schedules to address the Trustee's requests, however no amended schedules have been filed.

ORDER RE TRUSTEE'S MOTION TO DISMISS
- 1 -

- **File an amended Schedule J and/or I to resolve the discrepancy in monthly income;**
- **File an amended Schedule A/B and/or C to resolve the discrepancy in valuation of business inventory and equipment;**
- **File an amended Schedule I and/or Form 122C-1 to resolve the discrepancy in business income OR if the documents are correct, file a declaration explaining the discrepancy;**
- **File an amended Schedule I to disclose non-filing spouse's income;**
- **Verify the Trustee's receipt of the business lease agreement;**
- **File an amended plan to resolve the discrepancy in start dates in section 3.07 and section 7 of the plan;**
- **Obtain a withdrawal of the objection to confirmation by The Bank of New York Mellon OR set the objection for hearing on the next available calendar with 28 days' notice.**

If Debtor complies timely and fully with the terms of this order, the Motion is **DENIED**. If Debtor fails to comply timely and fully with the terms of this order, the Trustee shall file and serve a declaration under penalty of perjury detailing why Debtor has failed to comply **and shall upload an order granting the Motion and dismissing the case.** The hearing on the Motion set for February 19, 2020 is vacated.

**\*\*END OF ORDER\*\***

## Court Service List

[None]